# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**WILLIE MILLSAPS,** *et al.* **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 2:17-CV-50-KS-MTP**

**ALLSTATE INSURANCE COMPANY,** *et al.* **DEFENDANTS**

## ORDER

On April 27, 2017, Plaintiffs filed a Motion to Remand [9]. Therein, Plaintiffs request expedited consideration of the motion, representing that the state court had scheduled a pretrial conference for May 15, 2017, and a trial for August 2, 2017. Plaintiffs request that the Court require Defendants to respond to the Motion to Remand [9] in ten days and permit Plaintiffs to reply five days after that.

This case was removed three weeks ago. Plaintiffs represented in briefing that their pretrial and trial dates in state court had been set since January 25, 2017. Therefore, when the case was removed, Plaintiffs knew of the looming pretrial and trial dates, and they could have filed the Motion to Remand [9] immediately after the case was removed. Instead, they waited three weeks to file the motion and demanded a briefing schedule that would require the Court to consider the motion and draft an opinion over a weekend. The Court further notes that it can address the motion after a standard briefing schedule and leave plenty of time before the state court's August trial date, in the event the motion is granted. The Court denies Plaintiffs' request for expedited consideration.

Defendants shall respond to the Motion to Remand [9] on or before **May 11,**

**2017**. FED. R. CIV. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Plaintiffs want to file a reply, they may do so on or before **May 18, 2017**. FED. R. CIV. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiffs' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the  28th  day of April, 2017.

                                  s/Keith Starrett
                                  UNITED STATES DISTRICT JUDGE